# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

════════════════

## NO. 03-05-00515-CV

════════════════

**Charles Ly, Appellant**

**v.**

**Seton Medical Center, Appellee**

══════════════════════════════════════════════════════════════════════

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT
NO. GN501442, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

══════════════════════════════════════════════════════════════════════

## M E M O R A N D U M   O P I N I O N

Counsel for appellant Charles Ly filed a motion to withdraw, stating that Ly has failed to make financial arrangements to pay for his work in preparing an appellate brief in this case.

We grant counsel's motion to withdraw. We will abate this case until July 10, 2006, to allow Ly an opportunity to find a new attorney. Ly's brief will be due in this Court on August 11, 2006.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Filed: April 12, 2006